**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1338**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

---

**No. 09-1339**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

---

**No. 09-1340**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

---

**No. 09-1341**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

---

**No. 09-1343**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

---

**No. 09-1344**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

No. 09-1345

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

No. 09-1346

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

No. 09-1347

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

No. 09-1348

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

No. 09-1349

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

No. 09-1351

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

---

**No. 09-1352**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

---

**No. 09-1353**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

---

**No. 09-1355**

---

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

_____

**No. 09-1356**
_____

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

_____

**No. 09-1357**
_____

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

_____

**No. 09-1358**
_____

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

## No. 09-1359

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

## No. 09-1360

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

## No. 09-1361

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

**No. 09-1362**

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

**No. 09-1370**

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

**No. 09-1371**

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

_____

**No. 09-1380**
_____

GILBERT L. SPURLOCK,

Plaintiff - Appellant,

v.

DANA R. HURST, Colonel; U.S. ARMY CORPS OF ENGINEERS,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Northern District of West Virginia, at Clarksburg, Elkins, Wheeling, and Martinsburg. Robert E. Maxwell, Senior District Judge. (1:09-cv-00009-REM; 1:09-cv-00012-REM; 1:09-cv-00013-REM; 2:09-cv-00015-REM; 2:09-cv-00017-REM; 2:09-cv-00013-REM; 2:09-cv-00019-REM; 2:09-cv-00021-REM; 1:09-cv-00025-REM; 1:09-cv-00029-REM; 2:09-cv-00008-REM; 2:09-cv-00016-REM; 2:09-cv-00018-REM; 2:09-cv-00020-REM; 1:09-cv-00022-REM; 1:09-cv-00023-REM; 1:09-cv-00024-REM; 1:09-cv-00026-REM; 5:09-cv-00011-REM; 5:09-cv-00012-REM; 5:09-cv-00010-REM; 5:09-cv-00018-REM; 3:09-cv-00009-REM; 3:09-cv-00008-REM; 1:09-cv-00014-REM)

_____

Submitted: July 7, 2009                    Decided: July 27, 2009

_____

Before TRAXLER, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

9

Gilbert L. Spurlock, Appellant Pro Se. Carol Ann Casto, Assistant United States Attorney, Charleston, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gilbert L. Spurlock seeks to appeal the district court's orders transferring his cases to the District Court for the Southern District of West Virginia. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Spurlock seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we grant the Defendants' motion to dismiss the appeals, deny leave to proceed in forma pauperis, deny Spurlock's motion to schedule a conference, and dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

11